McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-064 JAM |
| Plaintiff, | STIPULATION REGARDING CONTINUING BRIEFING AND HEARING SHCEDULE FOR DEFENDANTS' MOTION TO SUPPRESS |
| v. | |
| RUTH KELLNER, RODNEY SHARP, and GARY ROBERTS, | DATE: August 7, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. Defendant Gary Roberts filed a motion to suppress on June 13, 2018. Dkt. #111.

2. On June 26, 2018, defendant Ruth Kellner joined the motion to suppress. Dkt. #117. On July 16, 2018, defendant Rodney Sharp also joined the motion. Dkt. #123.

3. The defense has requested a hearing on August 7, 2018.

4. By this stipulation, the parties now move to continue the hearing to September 11, 2018 at 9:15 a.m. In addition, the parties request that the government's reply to the motion be submitted to the court by August 28, 2018 and that the defense's reply be submitted by September 4, 2018.

5. This resetting of the current briefing and hearing schedule will allow the parties to conduct necessary legal and factual research.

6. Defendant Gary Roberts is out of custody. Dkt. #67. Defendant Ruth Keller was ordered

detained pending trial on April 20, 2017. Dkt. #22. On September 18, 2017, defendant Rodney Sharp was ordered detained pending trial. Dkt. #77.

7. The parties' next status conference is currently scheduled for August 21, 2018. Dkt. #115.

IT IS SO STIPULATED.

| Dated: July 30, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | /s/ AMANDA BECK<br>AMANDA BECK<br>Assistant United States Attorney |
| Dated: July 30, 2018 | /s/ CHRIS COSCA<br>CHRIS COSCA<br>Counsel for Defendant<br>RUTH KELLNER |
| Dated: July 30, 2018 | /s/ HANNAH LABAREE<br>HANNAH LABAREE<br>Counsel for Defendant<br>RODNEY SHARP |
| Dated: July 30, 2018 | /s/ ETAN ZAITSU<br>ETAN ZAITSU<br>Counsel for Defendant<br>GARY ROBERTS |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 30th day of July, 2018.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2