1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-064 JAM |
| Plaintiff, | STIPULATION REGARDING CONTINUING BRIEFING AND HEARING SHCEDULE FOR DEFENDANTS' MOTION TO SUPPRESS |
| v. | |
| RUTH KELLNER, RODNEY SHARP, and GARY ROBERTS, | DATE: September 11, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. Defendant Gary Roberts filed a motion to suppress on June 13, 2018. Dkt. #111.

2. On June 26, 2018, defendant Ruth Kellner joined the motion to suppress. Dkt. #117. On July 16, 2018, defendant Rodney Sharp also joined the motion. Dkt. #123.

3. The defense has requested a hearing on September 11, 2018.

4. By this stipulation, the parties now move to continue the hearing to September 25, 2018 at 9:15 a.m. In addition, the parties request that the government's reply to the motion be submitted to the court by September 11, 2018 and that the defense's reply be submitted by September 18, 2018.

5. This resetting of the current briefing and hearing schedule will allow the parties to conduct necessary legal and factual research.

6. Defendant Gary Roberts is out of custody. Dkt. #67. Defendant Ruth Keller was ordered

detained pending trial on April 20, 2017. Dkt. #22. On September 18, 2017, defendant Rodney Sharp was ordered detained pending trial. Dkt. #77.

7. The parties' next status conference is currently scheduled for November 6, 2018. Dkt. #136.

IT IS SO STIPULATED.

Dated: September 6, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated: September 6, 2018

/s/ CHRIS COSCA
CHRIS COSCA
Counsel for Defendant
RUTH KELLNER

Dated: September 6, 2018

/s/ HANNAH LABAREE
HANNAH LABAREE
Counsel for Defendant
RODNEY SHARP

Dated: September 6, 2018

/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
GARY ROBERTS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 6th day of September, 2018.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2