McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-064 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION TO SUPPRESS |
| v. | |
| RUTH KELLNER, RODNEY SHARP, and GARY ROBERTS, | DATE: September 25, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. Defendant Gary Roberts filed a motion to suppress on June 13, 2018. Dkt. #111.

2. On June 26, 2018, defendant Ruth Kellner joined the motion to suppress. Dkt. #117. On July 16, 2018, defendant Rodney Sharp also joined the motion. Dkt. #123.

3. The court has ordered a hearing on September 25, 2018. Dkt. # 138.

4. By this stipulation, the parties now move to continue the hearing to October 23, 2018. In addition, the parties request that the government's reply to the motion be submitted to the court by September 19, 2018 and that the defense's reply be submitted by October 9, 2018.

5. This resetting of the current briefing and hearing schedule will allow the parties to conduct necessary legal and factual research.

6. Defendant Gary Roberts is out of custody. Dkt. #67. Defendant Ruth Keller was ordered

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

detained pending trial on April 20, 2017. Dkt. #22. On September 18, 2017, defendant Rodney Sharp was ordered detained pending trial. Dkt. #77.

7. The parties' next status conference is currently scheduled for November 6, 2018. Dkt. #136.

IT IS SO STIPULATED.

| Dated: September 19, 2018 | MCGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | /s/ AMANDA BECK<br>AMANDA BECK<br>Assistant United States Attorney |
| Dated: September 19, 2018 | /s/ CHRIS COSCA<br>CHRIS COSCA<br>Counsel for Defendant<br>RUTH KELLNER |
| Dated: September 19, 2018 | /s/ HANNAH LABAREE<br>HANNAH LABAREE<br>Counsel for Defendant<br>RODNEY SHARP |
| Dated: September 19, 2018 | /s/ ETAN ZAITSU<br>ETAN ZAITSU<br>Counsel for Defendant<br>GARY ROBERTS |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 21st day of September, 2018.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE