Etan Zaitsu [SBN 287106]
Attorney-at-Law
1107 Ninth Street, Suite 625
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
GARY ROBERTS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GARY ROBERTS,<br><br>　　　　　　　　　Defendants. | Case No.: 2:17-CR-00064 JAM<br><br>**STIPULATION TO CONTINUE FILING AND HEARING DATES ON DEFENDANT'S MOTION FOR SUPPRESSION; [PROPOSED] ORDER**<br><br>DATE: October 23, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Defendant Gary Roberts, by and through undersigned counsel, Defendants Ruth Kellner and Rodney Sharp, through their counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous motion, this matter was set for hearing on October 23, 2018. Dkt. #139.

2. By this stipulation, the parties now move to continue the discovery hearing to November 20, 2018. In addition, they stipulate that the defendant's reply to the government's opposition will be due on November 6, 2018.

3. This continuance will allow the defendants to adequately respond to the issues raised by the government in its opposition brief.

1

**Stip. Continuing Filing and Hearing Dates on Defendant's Discovery Motion; [Proposed] Order**

1 | 4. The defendant is out of custody. Dkt. #67. Defendant Ruth Kellner was ordered detained pending trial on April 20, 2017. Dkt. #22. Defendant Rodney Sharp was ordered detained pending trial on September 18, 2017. Dkt. #77.

5. The case's next status conference is set for November 6, 2018. Dkt. #136.

IT IS SO STIPULATED

Dated: October 12, 2018 /s/ ETAN ZAITSU
ETAN ZAITSU
Attorney for Defendant
GARY ROBERTS

Dated: October 12, 2018 /s/ CHRIS COSCA
CHRIS COSCA
Counsel for Defendant
RUTH KELLNER

Dated: October 12, 2018 /s/ HANNAH LABAREE
HANNAH LABAREE
Counsel for Defendant
RODNEY SHARP

Dated: October 12, 2018 McGREGOR W. SCOTT
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

**Stip. Continuing Filing and Hearing Dates on Defendant's Discovery Motion; [Proposed] Order**

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of October, 2018.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**Stip. Continuing Filing and Hearing Dates on Defendant's Discovery Motion; [Proposed] Order**