CHRIS COSCA    CA SBN 144546
COSCA LAW CORPORATION
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
RUTH KELLNER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

  v.

RUTH KELLNER,

                Defendant.

CASE NO.  2:17-CR-00064-JAM

STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER

DATE: October 22, 2019
TIME: 9:30 a.m.
COURT: Hon. John A. Mendez

## STIPULATION

1. By previous order, this matter was set for a status conference on October 22, 2019.

2. By this stipulation, the parties, through undersigned counsel, now move to continue the case to November 5, 2019 at 9:15 a.m. for change of plea, and to exclude time between October 22, 2019 and November 5, 2019 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Discovery in this case is extensive. It includes, among other things, hundreds of pages of investigative reports, multiple wiretap applications, audio recordings of thousands of intercepted calls, transcripts, photographs, pole camera video, and many items of seized real evidence, including alleged narcotics. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss

potential resolution with his client. The government has recently provided a proposed plea agreement to defendant Ruth Kellner.

      b)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)      The government does not object to the continuance.

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 22, 2019 to November 5, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: October 16, 2019              /s/ Jason Hitt
                                               JASON HITT
                                             Assistant United States Attorney

Dated: October 16, 2019              /s/ Chris Cosca
                                             CHRIS COSCA
                                             Counsel for Defendant
                                             Ruth Kellner

**ORDER**

IT IS SO FOUND AND ORDERED this 17^(TH) day of October, 2019.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE